# Heather Cornwell

| | |
|---|---|
| **From:** | Heather Cornwell |
| **Sent:** | Monday, April 15, 2024 9:51 AM |
| **To:** | awhite@gtcounty.org |
| **Subject:** | REMAND  Drescher v. Sodexo Operations, LLC 2:24-cv-00684-RMG |
| **Attachments:** | 24-684 nef.pdf; 24-684 filed order.pdf |

Good Morning-

Please be advised that on April 12, 2024 an order was entered remanding the above referenced case to your court. The case number assigned to this action in your Court is 2024CP2200018.

*<u>Please confirm receipt of the order by responding to this email.</u>*

A copy of the Notice of Electronic Filing and a certified copy of the order are attached.
The attorneys in this case are listed at the bottom of the Notice of Electronic Filing and will be responsible for sending the documents filed in Federal Court to State Court.

Thank you,
Heather Cornwell
Civil Case Administrator
United States District Court
85 Broad Street
Charleston, SC 29401
(843) 579-1408